CLERK'S OFFICE U.S. DIST COURT
AT CHARLOTTESVILLE, VA
FILED

OCT 25 2006

JOHN F. CORCORAN, CLERK
BY: /s/ DEPUTY CLERK

# United States District Court

WESTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| In the Matter of the Search of<br>222 Madison Road<br>Stanardsville, Virginia | **SEARCH WARRANT**<br>CASE NUMBER: 3:06M00201 |

TO ___Task Force Officer Brian N. O'Donnell___ and any authorized Officer of the United States.

Affidavits having been made before me by _Task Force Officer Brian N. O'Donnell_ who has reason to believe that [ ] on the person of or [X] on the premises known as

SEE ATTACHMENT A

in the _____Western_____ District of _____Virginia_____

there is now concealed a certain person or property, namely

SEE ATTACHMENT B:

I am satisfied that the affidavit(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above described and establish grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before ___10-30-06___
                                                       Date

(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search (in the daytime - 6:00 A.M. to 10:00P.M.) (at ~~any time in the day or night as I find reasonable cause has been established~~) and if the person or property can be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to

___Hon B Waugh Crigler___ as required as law.

U.S. Judge or Magistrate

___10-20-06 / 1:55 pm___ at ___Charlottesville, Virginia___
Date and Time Issued                          City and State

___Hon B Waugh Crigler, USMJ___        ___/s/___
Name and Title of Judicial Officer           Signature of Judicial Officer

AO 93 (Rev. 2/90) Search Warrant

| RETURN | | |
|---|---|---|
| DATE WARRANT RECEIVED<br>10/20/06 | DATE AND TIME WARRANT EXECUTED<br>10/23/06, 11:25 a.m. | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH<br>Kevin Strom |
| INVENTORY MADE IN THE PRESENCE OF<br>SA Stephen J. Duenas | | |

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

See attached FD-597 Receipt for Property Seized

## CERTIFICATION

I swear that this inventory is true and detailed account of the person or property taken by me on the warrant.

Subcribed, sworn to, and returned before me this date.

_____
U.S. Judge or Magistrate        Date: 10-25-06

*Issued of SW*
*10-20-06*
*[signature]*
*USMJ*

## ATTACHMENT A

### ITEMS TO BE SEARCHED

The residence located at 222 Madison Road in Stanardsville, Virginia. The residence is a brick ranch style home with an attached carport. The numbers 222 are clearly displayed on the mailbox. The mailbox is located at the end of the driveway near the street.



## ATTACHMENT B
## LIST OF ITEMS TO BE SEIZED & SEARCHED

A full visual, physical and forensic search will be conducted of the following items:

I.  <u>Computer Hardware</u>

Computer hardware consists of all equipment which can receive, capture, collect, analyze, create, display, convert, store, conceal, or transmit electronic, magnetic, or similar computer impulses or data. Hardware includes any data-processing devices (including but not limited to central processing units; internal and peripheral storage devices such as fixed disks, external hard drives, floppy disk drives and diskettes, and other memory storage devices); peripheral input/output devices (including but not limited to keyboards, printer, video display monitors, scanners, digital cameras, and related communications devices such as cables and connections), as well as any devices, mechanisms, or parts that can be used to restrict access to computer hardware (including but not limited to physical keys and locks).

II. <u>Uploaded Computer Software</u>

Computer software is digital information which can be interpreted by a computer and any of its related components to direct the way they work. Software is stored in electronic, magnetic, or other digital form. It commonly includes programs to run operating systems, applications, and utilities.

III. <u>Items described in paragraphs 1 through 9 below</u>

Items that can also be stored in the form of magnetic or electronic coding on computer media or on media capable of being read by a computer with the aid of computer-related equipment, including floppy diskettes, fixed hard disks, or removable hard disk cartridges, software or memory in any form.

    1. Any and all computer-related documentation consisting of written, recorded, printed, or electronically stored material which explains or illustrates how to configure or use computer hardware, software, or other related items.

    2. Any and all computer passwords and other data security devices designed to restrict access to or hide computer software, documentation, or data. Data security devices may consist of hardware, software, or other programming code. A password (a string of alpha-numeric characters) usually operates as a sort of digital key to "unlock" particular data security devices. Data security hardware may include encryption devices, chips, and circuit boards. Data security software digital code may include a programming code that creates "test" keys or "hot" keys, which perform certain pre-set security functions when touched. Data security software or code may also encrypt, compress, hide, or "booby-trap" protected data to make it inaccessible or unusable, as well as reverse the progress to restore it.

    3. Any and all diaries, address books, names, and lists of names and addresses of

individuals who may have been contacted by the subject by use of the computer and/or for the purpose of distributing child pornography.

   4. Any and all correspondence identifying persons transmitting, through interstate commerce by computer, any visual depictions of minors engaged in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2).

   5. Any and all records, documents, invoices, and materials that concern any accounts with any Internet Service Provider.

   6. Any and all visual depictions of minors.

   7. Any and all address books, mailing lists, supplier lists, mailing address labels, and any and all documents and records pertaining to the preparation, purchase, and acquisition of names or lists of names to be used in connection with the purchase, sale, trade, or transmission, through interstate commerce by computer, and visual depiction of minors engaged in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2).

   8. Any and all address books, names, and lists of names and addresses of minors visually depicted while engaged in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2).

   9. Any and all diaries, notebooks, notes, and any other records reflecting personal contact and any other activities with minors visually depicted while engaged in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2).

FD-597 (Rev 8-11-94)                                                                Page ___1___ of ___1___

# UNITED STATES DEPARTMENT OF JUSTICE
# FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property Received/Returned/Released/Seized

File # _____

On (date) __October 25, 2006_____           item(s) listed below were:
  ☐ Received From
  ☐ Returned To
  ☐ Released To
  ☒ Seized

(Name) __KEVIN STROM_____

(Street Address) __422 Madison Road_____

(City) __Stanardsville, VA._____

Description of Item(s):

ROOM K
① 1 Western Digital Hard Drive, S/N WCANK5644226
② 1 Samsung VPES Media Player; 4G, S/N 111AL7C5722A
③ 1 Hewlett Packard Laptop, S/N CNF5393X24
④ 1 Imega Lxx MD Thumbdrive
⑤ 1 VHS Movie "Paper Moon"
⑥ 1 VHS JVC Super VHS 120
⑦ 1 Compaq Presario V2000 Laptop, S/N CNF5339K4

ROOM H

Received By: _____/s/_____     Received From: _____/s/_____
              (Signature)                                   (Signature)