SEALED

CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED

DEC 21 2006

JOHN F. CORCORAN, CLERK
BY: /s/
DEPUTY CLERK

IN THE
UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF THE SEARCH OF | : | SEALED |
| 222 Madison Road | : | |
| Stanardsville, Virginia | : | Criminal No. 3:06MJ201 |

### ORDER

It is hereby ORDERED that the Application and Affidavit for Search Warrant and all related documents, including the return, in the above-captioned matter be placed under seal for thirty days.

ENTERED: This 21st day of December, 2006.

_____
UNITED STATES MAGISTRATE JUDGE